UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cr-00258 |
| | ) | JUDGE CRENSHAW |
| DWAYNE ANTHONY BELL | ) | |
| Defendant. | ) | |

## **ORDER**

The change of plea hearing in this case is **RESCHEDULED** for **February 23, 2017** at 4:30 p.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE